# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLOGG BROWN & ROOT SERVICES, INC., <br><br> Plaintiff <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | Case No.  1:10-cv-1058 (ABJ) |

## STIPULATION AND JOINT NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties, through undersigned counsel, jointly stipulate to dismissal of this action and file this Notice of Dismissal in accordance with Rule 41(a)(1)(A)(ii), dismissing all claims in the above matter, with prejudice.  The Defendant has produced records and, pursuant to a settlement agreement reached by the parties, no fees are due to either party under the Freedom of Information Act related to this proceeding.  Each party agrees to bear its own costs and attorneys fees resulting from this action.

Respectfully submitted this 7th day of October, 2011.

|  | RONALD C. MACHEN, JR. (D.C. Bar No. 447889)<br>United States Attorney<br>for the District of Columbia |
|---|---|
|  | RUDOLPH CONTRERAS (D.C. Bar No. 434122)<br>Chief, Civil Division |
| /s/Daniel E. Johnson<br>Daniel E. Johnson (D.C. Bar No. 375692)<br>McKENNA LONG & ALDRIDGE LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1108<br>Tel: 202-496-7786<br>djohnson@mckennalong.com | By: /s/Alexander D. Shoaibi<br>Alexander D. Shoaibi ( D. C. Bar No. 423587)<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, DC 20530<br>Tel: 202-514-7236<br>alexander.d.shoaibi@usdoj.gov |
| COUNSEL FOR THE PLAINTIFF | COUNSEL FOR THE DEFENDANT |